In the Matter of the Claim of CORRIE TURNER, against CATHEDRAL PUBLISHING COMPANY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued October 1, 1935; decided October 15, 1935.)

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, appellant.

*Louis A. Garbarini* and *Joseph F. Hanley* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.